

William Rothberg
Sylvie Straus-Figueroa
John Contrubis

Daisy Lozada
Hanniffe Woodstock
*Legal Assistants*

Rothberg, Straus & Contrubis, LLP

16 Court Street, Suite 2200
Brooklyn, New York, 11241
(718) 624 – 2200

www.rothberglawfirm.com

March 13, 2023

**VIA ECF**
Magistrate Judge Peggy Kuo
United States District Court
Eastern District of New York
225 Cadman Plaza
Brooklyn, NY 11201

      Re:      **Roofers, Waterproofers & Allied Workers Local Union No. 8 Annuity Fund, et al vs. AWE Incorporated. et al**
      **Index No.:**      22-cv-07833-AMD-PK

Dear Magistrate Judge Kuo:

      We write as counsel for Plaintiffs, Roofers, Waterproofers & Allied Workers Local Union No. 8 Annuity Funds, et al in the above referenced action, to provide a status report as per your March 10, 2023 Order.

      As the Court is aware, Plaintiffs filed a lawsuit against Defendants for recovery of unpaid employee benefit contributions. Defendants failed to respond to the lawsuit and have therefore defaulted. Plaintiffs intend to seek default judgments and anticipate filing shortly.

      Restfully Submitted,

      /s/ Sylvie Straus-Figueroa
      Sylvie Straus-Figueroa

cc: AWE Incorporated (via email and first class mail)
    Isufi Kujtim (via email and first class mail)