

| | | |
|---|---|---|
| William Rothberg | | Rothberg, Straus & Contrubis, LLP |
| Sylvie Straus-Figueroa | | |
| John Contrubis | | 16 Court Street, Suite 2200 |
| | | Brooklyn, New York, 11241 |
| Daisy Lozada | | (718) 624 – 2200 |
| Hanniffe Woodstock | | |
| *Legal Assistants* | | www.rothberglawfirm.com |

April 21, 2023

<u>VIA ECF</u>
Magistrate Judge Peggy Kuo
United States District Court
Eastern District of New York
225 Cadman Plaza
Brooklyn, NY 11201

> Re:     **Roofers, Waterproofers & Allied Workers Local Union No. 8**
>               **Annuity Fund, et al vs. AWE Incorporated. et al**
>
> Index No.:  **22-cv-07833-AMD-PK**

Dear Magistrate Judge Kuo:

I write as counsel for the Plaintiffs, Roofers, Waterproofers & Allied Workers Local Union No. 8 Annuity Funds, et al in the above referenced action, to provide an update to my April 17, 2023 status report.

Defendant AWE's counsel contacted me by phone on April 18, 2023. She informed me that although she represents the company on certain business matters, she does not represent AWE on "union matters," and that I should communicate directly with the company regarding this case. I requested and received email confirmation of this statement.

I then spoke with my contact at AWE, the office manager and spouse of owner, Mr. Kujtim. She informed me that Defendants do not intend to appear in the action but would review the amounts due in an effort to move toward settlement. She stated that she would need a month to review the 2018-2020 documents and longer for years prior. Plaintiffs have experienced long delays with Defendants over the course of many years and are reluctant to rely on its representations. Accordingly, the default judgment documents are being filed today.

Additionally, we have mailed and emailed your Scheduling Order of April 20, 2023 to Defendants and will file proof of service as well.

Respectfully submitted,

/s/ Sylvie Straus-Figueroa
Sylvie Straus-Figueroa, Esq.