

| | | |
|---|---|---|
| | William Rothberg<br>Sylvie Straus-Figueroa<br>John Contrubis | Rothberg, Straus & Contrubis, LLP<br><br>16 Court Street, Suite 2200<br>Brooklyn, New York, 11241<br>(718) 624 - 2200 |
| | Daisy Lozada<br>Hanniffe Woodstock<br>*Legal Assistants* | www.rothberglawfirm.com |

July 6, 2023

**VIA ECF**
Magistrate Judge Peggy Kuo
United States District Court
Eastern District of New York
225 Cadman Plaza
Brooklyn, NY 11201

  **Re:**  **Roofers, Waterproofers & Allied Workers Local Union No. 8**
      **Annuity Fund, et al vs. AWE Incorporated. et al**
  **Index No.:** **22-cv-07833-AMD-PK**

Dear Magistrate Judge Kuo:

  I write as counsel for the Plaintiffs, Roofers, Waterproofers & Allied Workers Local Union No. 8 Annuity Funds, et al in the above referenced action, to provide a status report as per your May 15, 2023 Order.

  As you are aware, Defendants AWE Incorporated and Isufi Kujtim have not appeared in this action. A representative of Defendants, Ema Gjona, participated in our Initial Conference call and has been working toward providing the documentation required to reach a resolution of this matter. Ms. Gjona has provided a portion of the documentation and anticipates being able to provide the balance by mid-August. Plaintiffs anticipate needing approximately 30 days to complete review of what will be received.

  Additionally, the parties plan to enter into a preliminary payment agreement to address established undisputed contributions due. Defendants' payment plan proposal is expected tomorrow or early next week.

                Respectfully submitted,

                /s/ Sylvie Straus-Figueroa
                Sylvie Straus-Figueroa, Esq.