

**Rothberg Straus Contrubis**

William Rothberg
Sylvie Straus-Figueroa
John Contrubis

Daisy Lozada
Hanniffe Woodstock
*Legal Assistants*

Rothberg, Straus & Contrubis, LLP

16 Court Street, Suite 2200
Brooklyn, New York, 11241
(718) 624 - 2200

www.rothberglawfirm.com

September 7, 2023

**VIA ECF**
Magistrate Judge Peggy Kuo
United States District Court
Eastern District of New York
225 Cadman Plaza
Brooklyn, NY 11201

        **Re:**    **Roofers, Waterproofers & Allied Workers Local Union No. 8 Annuity Fund, et al vs. AWE Incorporated. et al**
        **Index No.:**    **22-cv-07833-AMD-PK**

Dear Magistrate Judge Kuo:

    I write as counsel for the Plaintiffs, Roofers, Waterproofers & Allied Workers Local Union No. 8 Annuity Funds, et al in the above referenced action, to provide a status report as per your July 7, 2023 Order.

    As you are aware, Defendants AWE Incorporated and Isufi Kujtim have not appeared in this action. Ema Gjona, a representative of the defendants who participated in our Initial Conference, has provided limited documentation in rebuttal to the audit, little of which has been useful in reducing the amounts owed. While we were hoping to enter into a preliminary payment agreement Ms. Gjona has informed us that the company is not in a position to pay any amount in the next several months. Nonetheless, Plaintiffs have offered a settlement arrangement that would include additional time to resolve open matters, and a flexible payment schedule with a delayed start date. Ms. Gjona said she would let us know by Monday (9/11/23) whether the Defendants will proceed toward settlement or not.

                                              Respectfully submitted,

                                              /s/ Sylvie Straus-Figueroa
                                              Sylvie Straus-Figueroa, Esq.