

September 12, 2023

**VIA ECF**
Magistrate Judge Peggy Kuo
United States District Court
Eastern District of New York
225 Cadman Plaza
Brooklyn, NY 11201

      Re:      Roofers, Waterproofers & Allied Workers Local Union No. 8
                  Annuity Fund, et al vs. AWE Incorporated. et al
      Index No.:    22-cv-07833-AMD-PK

Dear Magistrate Judge Kuo:

      I write as counsel for the Plaintiffs, Roofers, Waterproofers & Allied Workers Local Union No. 8 Annuity Funds, et al in the above referenced action, to provide a status report as per your September 7, 2023 Order.

      Ms. Gjona has communicated that the Defendants are amenable to a settlement agreement. I have several critical deadlines this week and will be out of the country on business next week. If the court will allow, request is made to provide the status of the parties' agreement the week of October 2nd.

                                                        Respectfully submitted,

                                                          /s/ Sylvie Straus-Figueroa
                                                          Sylvie Straus-Figueroa, Esq.