UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ROOFERS, WATERPROOFERS & ALLIED WORKERS LOCAL UNION NO. 8 ANNUITY FUND, PENSION FUND, WELFARE FUND, SUMMER BENEFIT FUND, WINTER BENEFIT FUND, LABOR MANAGEMENT COMMITTEE FUND, ROOFING INDUSTRY PROMOTION FUND, JOINT APPRENTICESHIP TRAINING FUND, RESEARCH AND EDUCATION FUND, and NICK SICILIANO, in his fiduciary capacity as Trustee,

Case No.: 1:22-cv-7833 (AMD) (PK)

                          Plaintiffs,

-against-

AWE INCORPORATED and ISUFI KUJTIM,

                          Defendants.
------------------------------------------------------------------X

**NOTICE OF APPEARANCE OF NETANEL NEWBERGER, ESQ. FOR DEFENDANTS**

        PLEASE TAKE NOTICE that Netanel Newberger, Esq. hereby appears as counsel for the Defendants in the above-referenced case.  I certify that I am admitted to practice in the United States District Court for the Eastern District of New York.

Dated: Lake Success, New York
       February 26, 2024

                                  Respectfully submitted,

                                  **MILMAN LABUDA LAW GROUP PLLC**
                                  */s/ Netanel Newberger, Esq.*
                                  Netanel Newberger, Esq.
                                  3000 Marcus Avenue, Suite 3W8
                                  Lake Success, NY 11042-1073
                                  (516) 328-8899 (office)
                                  (516) 328-0082 (facsimile)
                                  netanel@mllaborlaw.com

                                  *Attorneys for Defendants*

**VIA ECF**
Plaintiffs