# MILMAN LABUDA LAW GROUP PLLC

**3000 MARCUS AVENUE**
**SUITE 3W8**
**LAKE SUCCESS, NY 11042**
_____

**TELEPHONE (516) 328-8899**
**FACSIMILE (516) 328-0082**

February 26, 2024

**VIA ECF**
United States District Court
Eastern District of New York
<u>Attn</u>: Peggy Kuo, U.S.M.J.
225 Cadman Plaza East
Courtroom 4G North
Brooklyn, New York 11201

*Re:*  **Roofers, Waterproofers & Allied Workers Local Union No. 8 Annuity Fund v. AWE Inc.**
**Case No.: 1:22-cv-7833 (AMD) (PK) (EDNY)**_____

Dear Judge Kuo:

This firm represents Defendants AWE Incorporated and Isufi Kujtim in the above-captioned case. Defendants respectfully request a brief adjournment of the February 28, 2024 hearing concerning Defendants' motion to vacate the Clerk's Entry of Default.

The reason for this request is due to various scheduling conflicts and to allow the parties to continue to explore resolution of this matter. In fact, the parties' counsel has scheduled an in-person meeting at the office of Plaintiffs' counsel for February 29, 2024.

Plaintiffs' counsel, Sylvie Straus-Figueroa, consents to this request.

Respectfully submitted,

**MILMAN LABUDA LAW GROUP PLLC**

By:  */s  Netanel Newberger, Esq.*_____