# MILMAN LABUDA LAW GROUP PLLC

**3000 MARCUS AVENUE**
**SUITE 3W8**
**LAKE SUCCESS, NY 11042**
___

**TELEPHONE (516) 328-8899**
**FACSIMILE (516) 328-0082**

March 1, 2024

**VIA ECF**
United States District Court
Eastern District of New York
<u>Attn</u>: Peggy Kuo, U.S.M.J.
225 Cadman Plaza East
Courtroom 4G North
Brooklyn, New York 11201

*Re:* **Roofers, Waterproofers & Allied Workers Local Union No. 8 Annuity Fund v. AWE Inc. Case No.: 1:22-cv-7833 (AMD) (PK)**

Dear Judge Kuo:

This firm represents Defendants AWE Incorporated and Isufi Kujtim in the above-captioned case. Defendants are pleased to report that they have reached a settlement in principle with Plaintiffs. Accordingly, the Parties jointly respectfully request an adjournment of the March 4, 2024 hearing concerning Defendants' motion to vacate the Clerk's Entry of Default, without a new date. The Parties will provide any further updates on settlement to the Court next week.

Thank you.

Respectfully submitted,

**MILMAN LABUDA LAW GROUP PLLC**

By:   */s   Netanel Newberger, Esq.*

cc:   All counsel via ECF