# MILMAN LABUDA LAW GROUP PLLC

**3000 MARCUS AVENUE**
**SUITE 3W8**
**LAKE SUCCESS, NY 11042**
_____

**TELEPHONE (516) 328-8899**
**FACSIMILE (516) 328-0082**

March 28, 2024

**VIA ECF**
United States District Court
Eastern District of New York
<u>Attn</u>: Peggy Kuo, U.S.M.J.
225 Cadman Plaza East
Courtroom 4G North
Brooklyn, New York 11201

*Re:*  **Roofers, Waterproofers & Allied Workers Local Union No. 8 Annuity Fund v. AWE Inc.**
       **Case No.: 1:22-cv-7833 (AMD) (PK)**

Dear Judge Kuo:

This firm represents Defendants AWE Incorporated and Isufi Kujtim in the above-captioned case. The Parties jointly respectfully request an extension until April 8, 2024 to file the Stipulation of Dismissal. While the parties have exchanged drafts of the Stipulation of Settlement and have made progress, they need additional time to discuss and resolve some remaining provisions in the Stipulation of Settlement.

Thank you.

Respectfully submitted,

**MILMAN LABUDA LAW GROUP PLLC**

By:  */s  Netanel Newberger, Esq.*

cc:     All counsel via ECF