

April 8, 2024

**VIA ECF**
Magistrate Judge Peggy Kuo
United States District Court
Eastern District of New York
225 Cadman Plaza
Brooklyn, NY 11201

  Re:  **Roofers, Waterproofers & Allied Workers Local Union No. 8 Annuity Fund, et al vs. AWE Incorporated. et al**
  Index No.: 22-cv-07833-AMD-PK

Dear Magistrate Judge Kuo:

  We write as counsel for the Plaintiffs, Roofers, Waterproofers & Allied Workers Local Union No. 8 Annuity Funds, et al in the above referenced action, to provide a status report, in reference to the Court's March 29, 2024 Order.

  Please be advised that the Parties finalized all settlement documents on Friday, are awaiting Defendants' execution of the documents and expect to file the dismissal shortly.

  Thank you for your patience and consideration as we iron out this last critical detail.

             Respectfully submitted,

             /s/ Sylvie Straus-Figueroa
             Sylvie Straus-Figueroa, Esq.