UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
ROOFERS, WATERPROOFERS & ALLIED WORKERS
LOCAL UNION NO. 8 ANNUITY FUND, PENSION FUND,
WELFARE FUND, SUMMER BENEFIT FUND, WINTER
BENEFIT FUND, LABOR MANAGEMENT COMMITTEE
FUND, ROOFING INDUSTRY PROMOTION FUND, JOINT
APPRENTICESHIP TRAINING FUND, RESEARCH AND
EDUCATION FUND, and NICK SICILIANO, in his fiduciary
capacity as Trustee,

INDEX No. 22-cv-7833
(AMD) (PK)

Plaintiffs,

STIPULATION OF
DISCONTINUANCE

- against -

AWE INCORPORATED and ISUFI KUJTIM,

Defendants.
-----------------------------------------------------------------------X

**IT IS HEREBY STIPULATED** by the attorneys of record for the parties in the above entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, the above entitled action be and the same hereby is discontinued with prejudice for the period January 1, 2017 through December 31, 2020, and without prejudice from January 1, 2021 forward, without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: Brooklyn, New York
       April 8, 2024

ROTHBERG, STRAUS & CONTRUBIS, LLP

_____
Sylvie Straus-Figueroa, Esq.
Attorneys for Plaintiffs
16 Court Street, Suite 2200
Brooklyn, NY 11241
(718) 624-2200

MILMAN LABUDA LAW GROUP, PLLC

_____
Netanel Newberger, Esq.
Attorneys for Defendants
3000 Marcus Avenue, Suite 3W8
Lake Success, NY 11042
(516) 303-1356